UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY | * | |
| as subrogee of FOREST GLEN MAIN, LLC | * | CIVIL ACTION NO.: |
| | * | 10-cv-02406 (WDQ) |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | |
| | * | |
| MADISON MECHANICAL, INC. | * | |
| | * | |
| Defendant | * | |

### INDEX TO EXHIBITS TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO DISCOVERY

1. 9/21/10 Scheduling Order.

2. 11/8/10 letter.

3. 11/18/10 letter.

4. 12/20/10 e-mails.

5. 12/21/10 e-mail

6. 1/4/11 e-mail

7. 1/5/11 letter.

8. 1/7/11 e-mails

9. 1/7/11 letter.